UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH M. ORTERO,

    Plaintiff,

v.                                                                     Case No: 2:16-cv-153-FtM-38CM

STERICYCLE, INC.,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Defendant Stericycle, Inc.'s Unopposed Motion to Voluntarily Remand (Doc. #6) filed on March 2, 2016.

For nearly two years, Plaintiff worked as a plant operator for Defendant. (Doc. #2). On August 8, 2015, he suffered an on-the-job-injury for which he pursued a worker's compensation claim. (Doc. #2 at ¶¶ 10-11). Approximately six months later, Defendant fired him. (Doc. #2 at ¶ 15). On January 15, 2016, Plaintiff commenced this action in the Circuit Court for the Twentieth Judicial Circuit in and for Lee County, Florida, alleging that Defendant fired him because of his workers' compensation claim in violation of Florida Statute § 440.205. (Doc. #2). Defendant then timely removed this case to this Court citing diversity jurisdiction as the basis for the removal. (Doc. #1).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Defendant now advises that the parties have agreed that this case should be remanded to state court, and the Court agrees.  The Court, therefore, remands this case to the state court where it was originally filed.

Accordingly, it is now

**ORDERED:**

(1) Defendant Stericycle, Inc.'s Unopposed Motion to Voluntarily Remand (Doc. #6) is **GRANTED**.  This case is **REMANDED** to the Circuit Court for the Twentieth Judicial Circuit in and for Lee County, Florida.

(2) The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

(3) The Clerk is **DIRECTED** to close this case, terminate any scheduled hearings and deadlines, and deny any pending motions as moot.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record